IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEBBIE CLIFTON, | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 92-CV-2667 |
| | : | |
| DONALD T. VAUGHN, et al., | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this 24th day of August, 2015, upon consideration of Petitioner's "Motion to Vacate Order Denying Habeas Corpus Relief Pursuant to Fed.R.Civ.P. 60(b)" (Doc. No. 24), **I HEREBY ORDER** that:

1. Petitioner's Motion is **DENIED**; and,

2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this procedural ruling.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


/s J. William Ditter, Jr.
**J. WILLIAM DITTER, JR.,  J.**